1 | Michael T. Hornak (State Bar No. 81936)
mhornak@rutan.com
2 | Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
3 | Bradley A. Chapin (State Bar No. 232885)
bchapin@rutan.com
4 | Timothy A. Spivey (State Bar no. 269084)
tspivey@rutan.com
5 | RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
6 | Costa Mesa, California 92626-1931
Tel: 714-641-5100
7 | Fax: 714-546-9035

8 | Attorneys for Plaintiffs and Counterdefendants
HID GLOBAL CORPORATION, ASSA ABLOY
9 | AB, and DIGITAL ANGEL CORPORATION

10

11 |                  UNITED STATES DISTRICT COURT

12 |                  CENTRAL DISTRICT OF CALIFORNIA

13 |                       SOUTHERN DIVISION

14

15 | HID GLOBAL CORPORATION, etc.,      Case No. SACV 10-01954 JVS (RNBx)
et. al.,
16 |                                    **PLAINTIFFS' ANSWER TO**
                   Plaintiffs,        **FARPOINTE DATA, INC.'S**
17 |       vs.                          **COUNTERCLAIMS**

18 | FARPOINTE DATA, INC., etc., et al., **JURY TRIAL DEMANDED**

19 |                   Defendants.

20 | ───────────────────────────────
AND RELATED COUNTERCLAIM.
21

22

23 |       Plaintiffs and counterdefendants HID GLOBAL CORPORATION, ASSA

24 | ABLOY AB and DIGITAL ANGEL (collectively, "Plaintiffs") hereby answer the

25 | Counterclaim of defendant and counterclaimant FARPOINTE DATA SYSTEMS,

26 | INC. ("Farpointe"), as follows:

27 |       1.     Responding to paragraph 1 of the Counterclaim, Plaintiffs assert that

28 | Farpointe's attempt to incorporate Paragraphs 1 through 48 of Farpointe's Answer is

improper.  Plaintiffs are not required to reply to Farpointe's admissions or denials of the allegations in Plaintiffs' Complaint or Farpointe's affirmative defenses.  Despite this objection and without waiving it, Plaintiffs deny each and every allegation of Paragraphs 1 through 48 of Farpointe's Answer.  Plaintiffs admit that this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338, 15 U.S.C. § 1051 *et seq*. and 28 U.S.C. § 1367.  Except as expressly admitted herein, Plaintiffs deny each and every allegation of paragraph 1 of the Counterclaim.

2.    Plaintiffs admit the allegations of paragraph 2 of the Counterclaim.

3.    Plaintiffs admit the allegations of paragraph 3 of the Counterclaim.

4.    Plaintiffs admit the allegations of paragraph 4 of the Counterclaim.

5.    Plaintiffs admit the allegations of paragraph 5 of the Counterclaim.

6.    Plaintiffs admit the allegations of paragraph 6 of the Counterclaim.

7.    Plaintiffs admit the allegations of paragraph 7 of the Counterclaim.

8.    Plaintiffs admit the allegations of paragraph 8 of the Counterclaim.

9.    Plaintiffs admit the allegations of paragraph 9 of the Counterclaim.

10.   Plaintiffs hereby incorporate paragraphs 1 through 9 above.

11.   Plaintiffs admit the allegations of paragraph 11 of the Counterclaim.

12.   Responding to paragraph 12 of the Counterclaim, Plaintiffs admit that Farpointe is seeking a judicial declaration, as stated in paragraph 12.  Plaintiffs deny that Farpointe is entitled to such a judicial declaration.  Except as expressly admitted herein, Plaintiffs expressly deny each and every other allegation of paragraph 12 of the Counterclaim.

13.   Responding to paragraph 13 of the Counterclaim, Plaintiffs admit that Farpointe has demanded a jury on its Counterclaim.  Except as expressly admitted herein, Plaintiffs expressly deny each and every other allegation of paragraph 13 of the Counterclaim.

14.   Plaintiffs hereby incorporate paragraphs 1 through 9 above.

15.   Plaintiffs admit the allegations of paragraph 15 of the Counterclaim.

Rutan & Tucker LLP
*attorneys at law*

2118/025100-0015
1155936.01 a03/07/11

-2-

PLAINTIFFS' ANSWER TO
COUNTERCLAIMS

16.     Responding to paragraph 16 of the Counterclaim, Plaintiffs admit that Farpointe is seeking a judicial declaration, as stated in paragraph 16.  Plaintiffs deny that Farpointe is entitled to such a judicial declaration.  Except as expressly admitted herein, Plaintiffs expressly deny each and every other allegation of paragraph 16 of the Counterclaim.

17.     Responding to paragraph 17 of the Counterclaim, Plaintiffs admit that Farpointe has demanded a jury on its Counterclaim.  Except as expressly admitted herein, Plaintiffs expressly deny each and every other allegation of paragraph 17 of the Counterclaim.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

*(Failure To State A Claim For Relief)*

18.     Farpointe's Counterclaims fail to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

*(Reservation of Right to Assert Additional Defenses)*

19.     Plaintiffs have not knowingly or voluntarily waived any applicable affirmative defense, and reserve the right to assert and rely upon such other applicable affirmative defenses as may become available or apparent during discovery and investigation.

### PRAYER

WHEREFORE, Plaintiffs pray for the following relief on their Answer to Farpointe's Counterclaims:

a.     That Farpointe take nothing by its Counterclaims, and that the Counterclaims be dismissed with prejudice;

b.     An award of Plaintiffs' reasonable attorneys' fees, including pursuant to 35 U.S.C. § 285 and 15 U.S.C. § 1117 in that this is an exceptional case;

Rutan & Tucker LLP
attorneys at law

2118/025100-0015
1155936.01 a03/07/11                                                -3-

PLAINTIFFS' ANSWER TO
COUNTERCLAIMS

c.  Plaintiffs' costs of suit herein; and

d.  Such other and further relief as this Court deems just and proper.

Dated: March 7, 2011

RUTAN & TUCKER, LLP
MICHAEL T. HORNAK
RONALD P. OINES
BRADLEY A. CHAPIN
TIMOTHY A. SPIVEY

By: _____/s/ Ronald P. Oines_____
        Ronald P. Oines
Attorneys for Plaintiffs and
Counterdefendants HID GLOBAL
CORPORATION, ASSA ABLOY AB
and DIGITAL ANGEL
CORPORATION

Rutan & Tucker LLP
attorneys at law

2118/025100-0015
1155936.01 a03/07/11

-4-

PLAINTIFFS' ANSWER TO
COUNTERCLAIMS

## **DEMAND FOR JURY TRIAL**

Plaintiffs hereby demand a trial by jury.

Dated: March 7, 2011

RUTAN & TUCKER, LLP
MICHAEL T. HORNAK
RONALD P. OINES
BRADLEY A. CHAPIN
TIMOTHY A. SPIVEY

By: _____ /s/ Ronald P. Oines _____

Ronald P. Oines
Attorneys for Plaintiffs and
Counterdefendants HID GLOBAL
CORPORATION, ASSA ABLOY AB
and DIGITAL ANGEL
CORPORATION

Rutan & Tucker LLP
attorneys at law

2118/025100-0015
1155936.01 a03/07/11

-5-

PLAINTIFFS' ANSWER TO
COUNTERCLAIMS