Gregory P. O'Hara (State Bar No. 131963)
gohara@nixonpeabody.com
David B. Ritchie (State Bar No. 112018)
dritchie@nixonpeabody.com
Lisa A. Cole (State Bar No. 184267)
lcole@nixonpeabody.com
NIXON PEABODY LLP
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, CA 94306
Phone:      (650) 320-7700
Facsimile:  (650) 320-7701

Attorneys for Defendant and Counterclaimant
FARPOINTE DATA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| HID GLOBAL CORPORATION, a Delaware corporation; ASSA ABLOY AB, a Swedish Limited Liability Company; and DESTRON FEARING CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FARPOINTE DATA, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | Case No.: SACV 10-01954 JVS (RNBx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION TO FILE UNDER SEAL DEFENDANT'S OPPOSITION TO MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS PURSUANT TO PATENT L.R. 3-6<br><br>Date: January 9, 2012<br>Time: 1:30 p.m.<br>Dept: 10C<br>Judge: Hon. James V. Selna |



-1-

13726764

1  Upon consideration of Defendant's Application to File Under Seal
2  Defendant's Opposition to Plaintiffs' Motion for Leave to Amend Infringement
3
4  Contentions Pursuant to L.R. 3-6 and for good cause appearing, the application is
5  hereby GRANTED.
6  
   APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN 7 DAYS
7  IT IS ORDERED.
8  DATED:  12.20.11
9  _____
   The Honorable James V. Selna

-2-

13726764

[PROPOSED] ORDER GRANTING DEFENDANT'S
APPLICATION TO FILE UNDER SEAL
SACV 10-01954 JVS (RNBx)