1  Gregory P. O'Hara (State Bar No. 131963)
   gohara@nixonpeabody.com
2  David B. Ritchie (State Bar No. 112018)
3  dritchie@nixonpeabody.com
   Lisa A. Cole (State Bar No. 184267)
4  lcole@nixonpeabody.com
   NIXON PEABODY LLP
5  2 Palo Alto Square
6  3000 El Camino Real, Suite 500
   Palo Alto, CA 94306
7  Phone:     (650) 320-7700
   Facsimile: (650) 320-7701
8
9  Attorneys for Defendant and Counterclaimant
10 FARPOINTE DATA, INC.

11              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
12                    SOUTHERN DIVISION
13

14 | HID GLOBAL CORPORATION, a Delaware corporation; ASSA ABLOY AB, a Swedish Limited Liability Company; and DESTRON FEARING CORPORATION, a Delaware corporation, | Case No.: SACV 10-01954 JVS (RNBx) |
|---|---|
| | [PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION TO FILE UNDER SEAL PAGES 359 THROUGH 447 OF EXHIBIT E TO THE DECLARATION OF LISA A. COLE FILED IN SUPPORT OF FARPOINTE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT REGARDING NON-INFRINGEMENT |
| Plaintiffs, | |
| vs. | |
| FARPOINTE DATA, INC., a California corporation, | |
| Defendant. | Date: March 26, 2012<br>Time: 1:30<br>Place: Courtroom 10C |
| | Date Action Filed: December 22, 2010<br>Discovery Cutoff: January 30, 2012<br>Pretrial Conference: April 30, 2012<br>Trial Date: May 15, 2012 |
| AND RELATED COUNTERCLAIM | |

-1-                                          13799018

[PROPOSED] ORDER GRANTING DEFENDANT'S
APPLICATION TO FILE UNDER SEAL SACV 10-01954 JVS (RNBx)



Upon consideration of Defendant's Application to File Under Seal Pages 359 through 447 of Exhibit E to the Declaration of Lisa A. Cole filed in support of Farpointe's Motion For Summary Judgment, Or In The Alternative, Partial Summary Judgment Regarding Non-Infringement, and for good cause appearing, the application is hereby GRANTED.

IT IS ORDERED.

DATED: 2.23.12

The Honorable James V. Selna

13803700.1