ORIGINAL


FILED
CLERK, U.S. DISTRICT COURT
FEB 22 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

HID GLOBAL CORPORATION, etc., et al.,

    Plaintiffs,

vs.

FARPOINTE DATA, INC., etc., et al.,

    Defendants.

Case No. SACV 10-01954 JVS (RNBx)

[PROPOSED] ORDER ON PLAINTIFFS' APPLICATION TO FILE UNDER SEAL (1) PAGES 304-326 OF EXHIBIT A, EXHIBIT C, D AND E TO THE DECLARATION OF RONALD P. OINES IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT;

(2) EXHIBITS A AND B TO DECLARATION OF RICHARD T. MIHRAN, PH.D.; and

(3) EXHIBITS 18, 19, 21-23, 42, 43, 54-62, 64, 82, 84, EXHIBITS FAR12633, FAR12662-12666, FAR12669-12688, FAR13955, FAR18224, FAR25584-25780, FAR45874-45907 AND FAR155486-155487 TO APPENDIX OF EXHIBITS IN SUPPORT OF PLFS' MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT

Date: March 26, 2012
Time: 1:30 p.m.
Courtroom: 10C
Honorable James V. Selna

Rutan & Tucker, LLP
attorneys at law

2118/025100-0015
3036354.1 a02/19/12

-1-

Case No. SACV 10-01954 JVS (RNBx)
[PROPOSED] ORDER

Upon consideration of Plaintiffs' Application to File Under Seal **Pages 304-326 of Exhibit A to Declaration of Ronald P. Oines** in Support of Plaintiffs' Motion for Summary Judgment of Infringement; **Exhibits C, D and E to the Declaration of Ronald P. Oines** in Support of Plaintiffs' Motion for Summary Judgment of Infringement; **Exhibits A** and **Exhibit B to Declaration of Richard T. Mihran, Ph.D.** and **Exhibits 18, 19, 21-23, 42, 43, 54-62, 64, 82, 84, Exh. 12633, FAR12662-12666, FAR12669-12688, FAR13955, FAR18224, FAR25584-25780, FAR45874-45907 and FAR155486-155487 to Appendix of Exhibits** in Support of Plaintiffs' Motion for Summary Judgment of Infringement, and good cause appearing, the application is hereby GRANTED.

**IT IS ORDERED.**

Dated:  2.21.12

The Honorable James V. Selna

Rutan & Tucker, LLP
attorneys at law

2118/025100-0015
3036354.1 a02/19/12

Case No. SACV 10-01954 JVS (RNBx)
[PROPOSED] ORDER

-1-