Gregory P. O'Hara (State Bar No. 131963)
gohara@nixonpeabody.com
David B. Ritchie (State Bar No. 112018)
dritchie@nixonpeabody.com
Lisa A. Cole (State Bar No. 184267)
lcole@nixonpeabody.com
Christopher Mooney (State Bar No. 239469)
cmooney@nixonpeabody.com
Anne Morrison Epperly (State Bar No. 246784)
amorrisonepperly@nixonpeabody.com
NIXON PEABODY LLP
2 Palo Alto Square
3000 El Camino Real, Suite 500
Palo Alto, CA 94306
Phone:    (650) 320-7700
Facsimile: (650) 320-7701

Attorneys for Defendant and Counterclaimant
FARPOINTE DATA, INC.



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

By Fax

| | |
|---|---|
| HID GLOBAL CORPORATION, a Delaware corporation; ASSA ABLOY AB, a Swedish Limited Liability Company; and DESTRON FEARING CORPORATION, a Delaware corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>FARPOINTE DATA, INC., a California corporation,<br><br>Defendant. | Case No.: SACV 10-01954 JVS (RNBx)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION TO FILE EXHIBIT A TO THE DECLARATION OF LISA A. COLE IN SUPPORT OF FARPOINTE'S OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT UNDER SEAL<br><br>Date:  March 26, 2012<br>Time:  1:30<br>Place: Courtroom 10C<br><br>Date Action Filed:    December 22, 2010<br>Discovery Cutoff:     January 30, 2012<br>Pretrial Conference:  April 30, 2012<br>Trial Date:           May 15, 2012 |

-1-

13799018

[PROPOSED] ORDER GRANTING DEFENDANT'S
APPLICATION TO FILE UNDER SEAL SACV 10-01954 JVS (RNBx)



AND RELATED COUNTERCLAIM

Upon consideration of Defendant's Application to File Portions of the Deposition Transcript of Richard Mihran, attached as Exhibit A to the Declaration of Lisa A. Cole filed in support of Farpointe's Opposition to Motion For Summary Judgment Of Infringement under seal and for good cause appearing, the application is hereby GRANTED.

IT IS ORDERED.

DATED: 3-6-12

The Honorable James V. Selna

13799018.1