FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| HID GLOBAL CORPORATION, etc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FARPOINTE DATA, INC., etc., et al., <br><br> Defendants. | Case No. SACV 10-01954 JVS (RNBx) <br><br> [~~PROPOSED~~] ORDER ON PLAINTIFFS' APPLICATION TO FILE UNDER SEAL PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO FARPOINTE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION REGARDING THE INVALIDITY OF THE '862 PATENT <br><br> Date: March 26, 2012 <br> Time: 1:30 p.m. <br> Courtroom: 10C <br> Honorable James V. Selna |

Rutan & Tucker, LLP
attorneys at law

176/025100-0015
3071814.1 a03/05/12

Case No. SACV 10-01954 JVS (RNBx)
[PROPOSED] ORDER

-1-

1     Upon consideration of Plaintiffs' Application to File Under Seal **Plaintiffs'**
2 **Memorandum of Points and Authorities in Opposition to Farpointe's Motion**
3 **for Summary Judgment, or in the Alternative, Partial Summary Adjudication**
4 **regarding the Invalidity of the '862 Patent**, and good cause appearing, the
5 application is hereby GRANTED.
6     **IT IS ORDERED.**    APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN 7 DAYS *JVS*

8 Dated: 3.6.12                                            /s/ James V. Selna
9                                                       The Honorable James V. Selna

Rutan & Tucker, LLP
attorneys at law
176/025100-0015
3071814.1 a03/05/12
Case No. SACV 10-01954 JVS (RNBx)
[PROPOSED] ORDER
-1-