ORIGINAL

LODGED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR - 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

HID GLOBAL CORPORATION, etc., et al.,

    Plaintiffs,

vs.

FARPOINTE DATA, INC., etc., et al.,

    Defendants.

Case No. SACV 10-01954 JVS (RNBx)

[~~PROPOSED~~] ORDER PLAINTIFFS' APPLICATION TO FILE UNDER SEAL (1) PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO FARPOINTE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION REGARDING NON-INFRINGEMENT; (2) PLAINTIFFS' STATEMENT OF GENUINE DISPUTES IN RESPONSE TO FARPOINTE'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY ADJUDICATION REGARDING NON-INFRINGEMENT

**Date:        March 26, 2012**
**Time:        1:30 p.m.**
**Courtroom:   10C**
**Honorable James V. Selna**

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY

Rutan & Tucker, LLP
attorneys at law

2118/025100-0015
3036354.1 a03/05/12

Case No.  SACV 10-01954 JVS (RNBx)
[PROPOSED] ORDER

-1-

1    Upon consideration of Plaintiffs' Application to File Under Seal (1)

2  Plaintiffs' Memorandum of Points and Authorities in Opposition to Farpointe's

3  Motion for Summary Judgment or, In the Alternative, Partial Summary

4  Adjudication of Non-Infringement and (2) Plaintiffs' Statement of Genuine Disputes

5  in Response to Farpointe's Motion for Summary Judgment, Or in the Alternative,

6  Partial Summary Adjudication Regarding Non-Infringement and good cause

7  appearing, the application is hereby GRANTED.

8    **IT IS ORDERED.**    APPLICANT TO FILE REDACTED PUBLIC VERSION WITHIN _7_ DAYS

9                                                                    *of Memorandum*

10  Dated:  ___3·6·12___                    _____

11                                          The Honorable James V. Selna

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Rutan & Tucker, LLP
attorneys at law
2118/025100-0015
3036354.1 a03/05/12                -1-

Case No.  SACV 10-01954 JVS (RNBx)
[PROPOSED] ORDER