

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HID GLOBAL CORPORATION, etc., et al., <br><br>Plaintiffs, <br><br>vs. <br><br>FARPOINTE DATA, INC., etc., et al., <br><br>Defendants. | Case No. SACV 10-01954 JVS (RNBx) <br><br>[~~PROPOSED~~] ORDER ON PLAINTIFFS' APPLICATION TO FILE UNDER SEAL (1) PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT; (2) CERTAIN PAGES FROM EXHIBIT B AND THE ENTIRETY OF EXHIBIT C TO THE SUPPLEMENTAL DECLARATION OF RONALD P. OINES IN SUPPORT OF PLAINTIFFS' REPLY BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT <br><br>Date: March 26, 2012 <br>Time: 1:30 p.m. <br>Courtroom: 10C <br>Honorable James V. Selna |

Rutan & Tucker, LLP
attorneys at law

2118/025100-0015
3036354.1 a03/12/12

-1-

Case No. SACV 10-01954 JVS (RNBx)
[~~PROPOSED~~] ORDER

1 | Upon consideration of Plaintiffs' Application to File Under Seal (1)
2 | Plaintiffs' Reply Memorandum in Support of Plaintiffs' Motion for Summary
3 | Judgment of Infringement; (2) certain pages from **Exhibit B** to the Supplemental
4 | Declaration of Ronald P. Oines In Support of Plaintiffs' Reply Brief in Support of
5 | Plaintiffs' Motion for Summary Judgment of Infringement and (3) the entirety of
6 | **Exhibit C** to the Supplemental Declaration of Ronald P. Oines In Support of
7 | Plaintiffs' Reply Brief in Support of Plaintiffs' Motion for Summary Judgment of
8 | Infringement and good cause appearing, the application is hereby **GRANTED**.
9 | **IT IS ORDERED.**

11 | Dated:  3.13.12

The Honorable James V. Selna

Rutan & Tucker, LLP
attorneys at law

2118/025100-0015
3036354.1 a03/12/12

-1-

Case No. SACV 10-01954 JVS (RNBx)
[PROPOSED] ORDER