JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HID GLOBAL CORPORATION, etc., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> FARPOINTE DATA, INC., etc., et al., <br><br> Defendants. | Case No. SACV 10-01954 JVS (RNBx) <br><br> **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

In light of the Stipulation For Dismissal filed by the parties, **IT IS HEREBY ORDERED** that this entire action is dismissed with prejudice. The parties shall bear their own fees and costs.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction to enforce and/or interpret the terms of the Settlement Agreement between the parties.

**IT IS FURTHER ORDERED** that the parties will continue to be bound by the Protective Order entered in this case (docket # 23).

Dated: October 5, 2012

_____
Honorable James V. Selna
United States District Court Judge

Rutan & Tucker, LLP
attorneys at law

2118/025100-0015
4370478.1 a10/05/12

-1-

Case No. SACV 10-01954 JVS (RNBx)
[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL